# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE BRONDEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00714-HEA |
| | ) | |
| KRYSTAL STARKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff has not paid the $405 filing fee or filed an application to proceed in district court without prepaying fees and costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the application to proceed in district court without prepaying fees and costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee **or** submit an application to proceed in district court without prepaying fees and costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 18th day of July, 2025.

                                                HENRY EDWARD AUTREY
                                            UNITED STATES DISTRICT JUDGE